## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | Kenneth M. Burt | Case No : | 10-46603 - D - 7 |
| | | Date : | 12/1/10 |
| | | Time : | 10:00 |

**Matter :** [9] - Motion/Application for Relief from Stay [DMM-1] Filed by Creditor Wells Fargo Bank, N.A. (Fee Paid $150) (swas)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; Fed. Rule Bank. 4001(a)(3) waived; no further relief afforded.

Dated: December 02, 2010

Robert S. Bardwil, Judge
United States Bankruptcy Court